| | |
|---|---|
| **From:** | Mike Tamucci |
| **Sent:** | Monday, August 6, 2018 9:17 AM |
| **To:** | Gail Leppla |
| **Subject:** | FW: Buckelew vs. Womack, File 5009504-01 |

Replay to insured's request to settle



**Medical Mutual**™
PROTECTING OUR PROFESSION

| | | |
|---|---|---|
| **Mike Tamucci** | tel: 919.501.7626 | 700 Spring Forest Road Suite 400 |
| *Southeast Claims Analyst* | tel: 800.662.7917 | Raleigh, NC 27609 |
| Claims | fax: 919.878.7592 | www.medicalmutualgroup.com |
| Mike.Tamucci@MMICNC.COM | cell: 470.522.3702 | Connect with us:   |

Confidentiality: The information in this electronic mail may contain confidential, sensitive and/or protected health information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify this sender immediately by return e-mail, and shall delete it without further reading and retention. The information shall not be forwarded or shared unless in compliance with MMIC policies on confidentiality, and/or the written permission of this sender.

**From:** Mike Tamucci
**Sent:** Monday, August 6, 2018 9:15 AM
**To:** Matt Womack <bigwally34@yahoo.com>
**Cc:** Beth Kanik - Hall Booth <bkanik@hallboothsmith.com>; John Hall Jr. <jeh@hbss.net>; Mike Tamucci <Mike.Tamucci@MMICNC.COM>
**Subject:** RE: Buckelew vs. Womack, File 5009504-01

Good morning Dr. Womack,

Thank you very much for your e-mail. Defense counsel reported (as expected) you made an excellent witness during your deposition. As you know, we have obtained six supportive expert reviews on your behalf from Dr. Feldmann, neurologist; Dr Chimowitz, neurologist; Dr. Barson, ER; Dr. DeLaney, ER; Dr. Thompson, ER; and Dr. Sampson, neurosurgeon. Based on the supportive reviews, we think your treatment of the patient was within the standard of care.

The primary hurdle in the case remains the conflicting testimony by the co-defendant neurologist and radiologist. We will continue to work to build your defense, while being mindful of this testimony and the ultimate case direction - defense or settlement of the lawsuit.

We appreciate your commitment and assistance with this case. Please let me know if you have any questions or would like to discuss further. Thank you.

Sincerely,

Mike

<div style="border:1px solid black; display:inline-block; padding:8px">

**EXHIBIT**

**C**

</div>

DOLDER0001



## Medical Mutual
PROTECTING OUR PROFESSION

**Mike Tamucci**
*Southeast Claims Analyst*
Claims
Mike.Tamucci@MMICNC.COM

tel: 919.501.7626
tel: 800.662.7917
fax: 919.878.7592
cell: 470.522.3702

700 Spring Forest Road Suite 400
Raleigh, NC 27609
www.medicalmutualgroup.com

Connect with us:

Confidentiality: The information in this electronic mail may contain confidential sensitive and/or protected health information intended only for the addressee(s). Any other person including anyone who believes he/she might have received it due to an addressing error is requested to notify this sender immediately by return e-mail, and shall delete it without further reading and retention. The information shall not be forwarded or shared unless in compliance with MMIC policies on confidentiality, and/or the written permission of this sender

-----Original Message-----
From: Matt Womack <bigwally34@yahoo.com>
Sent: Sunday, August 5, 2018 6:18 PM
To: Mike Tamucci <Mike.Tamucci@MMICNC.COM>
Subject: Buckelew vs. Womack

Mike,
From what I've heard I don't know how successful this would be, but at this point I would like for you to try and settle this case on my behalf.

Matt Womack

Sent from my iPhone

2

DOLDER0002