## Claudia T. West

| | |
|---|---|
| **From:** | Beth W. Kanik |
| **Sent:** | Wednesday, September 05, 2018 12:43 PM |
| **To:** | Mike Tamucci |
| **Cc:** | Claudia T. West |
| **Subject:** | RE: Jonathan Buckelew v. Matthew Womack, MD & North Fulton Emergency Physicians, LLC, File 5009504-01 |

Mike,

I think we will know if their theory is heparin through the testimony of their neurology expert Faigle. I'm not sure if they are claiming Womack should have, or that is totally on the crucial care, or both.

Same as to how much we can use it on causation. Need to hear what the neurology expert says.
Beth.

**From:** Mike Tamucci <Mike.Tamucci@MMICNC.COM>
**Sent:** Wednesday, September 05, 2018 12:18 PM
**To:** Beth W. Kanik <BKanik@hallboothsmith.com>
**Cc:** Mike Tamucci <Mike.Tamucci@MMICNC.COM>
**Subject:** Jonathan Buckelew v. Matthew Womack, MD & North Fulton Emergency Physicians, LLC, File 5009504-01

Hey Beth,

I reviewed this file on diary today. With the recent deposition testimony of the plaintiff's critical care specialist, it looks like our causation defense has gotten better. The causation opinions seem to shift this to a heparin and hospital (deep pockets) case - and not a TPA or mechanical thrombectomy case.

1. Plaintiff's critical care expert testified if heparin had been given at any time prior to the MRI/MRA (ordered on 10/27/15 at 10:00 a.m.), Mr. Buckelew would be able to enjoy activities of daily living and would only be minimally impaired. This time frame was 13½ hours after critical care acceptance of the patient from Dr. Womack on 10/26/15 at 8:30 p.m.

2. Are the plaintiffs alleging Dr. Womack should have started heparin sometime during the four hour time-frame while in the ED?

3. The critical care expert timed the basilar artery stroke within a ballpark of 16-to-20 hours (on 10/27/15 between 8:00 a.m. & 12:00 p.m.) following presentation to the North Fulton ED (on 10/26/15 at 4:20 p.m.). The expert thinks there was at least a 12-hour delay in starting heparin (start at least by 10/27/15 at 4:00 a.m.). This heparin starting time frame was 7½ hours after critical care acceptance of the patient from Dr. Womack on 10/26/15 at 8:30 p.m.

4. The critical care expert agreed a mechanical thrombectomy was not the standard of care in 2015.

5. With the opinions above, will we be able to use the plaintiffs own critical expert to bolster our causation defense?

6. Please send an updated quarterly report by the end of September.

**EXHIBIT**

**D**

1

I appreciate your help with this case. Please let me know if you have any questions. Thank you.

Sincerely,

Mike



**Medical Mutual**
PROTECTING OUR PROFESSION

**Mike Tamucci**
*Southeast Claims Analyst*
Claims
Mike.Tamucci@MMICNC.COM

tel: 919.501.7626
tel: 800.662.7917
fax: 919.878.7592
cell:470.522.3702

700 Spring Forest Road Suite 400
Raleigh, NC 27609
www.medicalmutualgroup.com

Connect with us:

Confidentiality: The information in this electronic mail may contain confidential, sensitive and/or protected health information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify this sender immediately by return e-mail, and shall delete it without further reading and retention. The information shall not be forwarded or shared unless in compliance with MMIC policies on confidentiality, and/or the written permission of this sender.