

H|B|S    HALL BOOTH SMITH, P.C.

| Beth W. Kanik | 191 Peachtree St. NE, Suite 2900 |
| P: (404) 954-6950 | Atlanta, Georgia 30303-1775 |
| E: BKanik@hallboothsmith.com | W: www.hallboothsmith.com |
| | P: (404) 954-5000  F: (404) 954-5020 |

June 19, 2019

**Via E-Mail: shamp@ssjwlaw.com**
**Via E-Mail: jordan@ssjwlaw.com**
**Via E-Mail: silk@ssjwlaw.com**

Laura M. Shamp, Esq.
Jennifer A. Jordan, Esq.
Joshua F. Silk, Esq.
Shamp Jordan Woodward
1718 Peachtree Street, Suite 660
Atlanta, GA 30309

RE:    Jonathan W. Buckelew and Christin Buckelew v. Michael Axt; Advanced Integrative Medicine, Inc.; Matthew Womack, MD; North Fulton Emergency Physicians, LLC; James Waldschmidt, MD; James Waldschmidt, MD, PC; Peter Futrell, MD; North Fulton Neurology, PC; Sachin Lavania, MD; Christopher Nickum; North Fulton Pulmonary Specialists, LLC; North Fulton Medical Center, Inc., d/b/a North Fulton Regional Hospital; Tenet Healthcare Corporation, and Dr. Robert A. Schlampp, P.C.
State Court of Fulton County; Civil Action File No. 17EV004146

Dear Counsel:

By letter dated May 28, we asked for additional information for purposes of evaluating your demand. Specifically, we asked about the divorce proceedings your witness had testified to as well as confirmation of liens and insurance. You did not respond until today (June 19), and then, you stated that we were acting in bad faith by not rejecting your policy-limits demand as to both Dr. Womack and North Fulton Emergency Physicians, LLC in writing as had apparently the other defendants (ignoring your failure to respond to our inquiries until June 19).

We disagree that the conduct given these circumstances represents any bad faith.

This matter remains set for mediation on July 25 and we intend to continue to act in good faith as we have throughout this matter.

EXHIBIT
G

member of
USLAW
www.uslawnetwork.org

HALL BOOTH SMITH, P.

Laura M. Shamp, Esq., et al.
June 19, 2019
Page 2

---

Thank you.

Very truly yours,

*/s/ Beth W. Kanik*

Beth W. Kanik

BWK/ctw

HALL BOOTH SMITH, P.

Laura M. Shamp, Esq., et al.
June 19, 2019
Page 3

bcc:   Shirley Pruitt, BSN, JD (via e-mail: shirley.pruitt@curi.com)
       Matthew Womack, M.D. (via e-mail: bigwally34@yahoo.com & erdawg33@gmail.com)
       Joan Catalano Parker, Esq. (via e-mail: jparker@apollomd.com)
       Ms. Melissa Atkins (via e-mail: matkins@apollomd.com)
       John E. Hall, Jr., Esq. (via e-mail: jhall@hallboothsmith.com)

Claim No. 5009504-01

67204357-1
4187-0247