

SHAMP
JORDAN
WOODWARD

1718 Peachtree Street, NW

Suite 660 Atlanta, Ga 30309

Phone 404-893-9400  Fax 404-260-4180

June 21, 2019

**VIA ELECTRONIC MAIL**
Beth Kanik
Hall Booth Smith, PC
191 Peachtree Street, NE, Suite 2900
Atlanta, GA 30303-1775
bkanik@hallboothsmith.com

      RE:    **Buckelew v. Axt, et al., Civil Action No. 17EV004146**
              **State Court of Fulton County, Georgia**

Dear Beth:

I am writing in response to your letter of June 19 claiming that you did not have enough time to respond to our demand since you asked for additional information regarding my clients' marital status and liens.

I disagree with your interpretation of the facts. As you will recall I told you clearly in person at the 30(b)(6) deposition on May 23, 2019, that my clients were still married, and the lien situation has not changed since discovery responses were filed. Nonetheless, in response to your letter, I will extend the deadline to respond to our demand and tender your policy limits for one week from today i.e. until 5:00 pm on June 28.

Given your client's misrepresentations, under oath, as well as his gross negligence while Mr. Buckelew was in the ER and the enormous damages my clients have suffered, including over $10 million in special damages, should your carrier choose not to tender its limits, it will put the assets of Dr. Womack in jeopardy, and we believe expose itself to a claim of bad faith and thus liability for an excess verdict.

The terms of our demand of May 17, 2019 remain in place, and we are thus not obligated to accept a tender unless all parties to the litigation accept our demand. This letter is not to be construed as a second demand, but rather merely extends the deadline, for your clients only, to respond to our previous demand dated May 17, 2019.

                              Sincerely,

                              Laura M. Shamp

**EXHIBIT
H**

DOLDER0052