**Claudia T. West**

| | |
|---|---|
| **From:** | Beth W. Kanik |
| **Sent:** | Tuesday, June 25, 2019 12:57 PM |
| **To:** | Crystal Mezzullo; Shirley Pruitt |
| **Cc:** | Joan Catalano Parker; Melissa Atkins; John E. Hall; Claudia T. West |
| **Subject:** | RE: see attached re Buckelew |

Ladies,

How do you want us to respond to Ms. Shamp?

Beth.

**From:** Crystal Mezzullo <crystal.mezzullo@curi.com>
**Sent:** Monday, June 24, 2019 10:26 AM
**To:** Beth W. Kanik <BKanik@hallboothsmith.com>; Shirley Pruitt <shirley.pruitt@curi.com>
**Cc:** Joan Catalano Parker <jparker@apollomd.com>; Melissa Atkins <matkins@apollomd.com>; John E. Hall <JHall@hallboothsmith.com>; Claudia T. West <CWest@hallboothsmith.com>
**Subject:** RE: see attached re Buckelew

CRC just scheduled for tomorrow.  Let's wait to send until after CRC.

Crystal Mezzullo  RN, JD
DIRECTOR, CLAIMS - NATIONAL ACCOUNTS

o: 919-878-7617 | m: 919-270-4392 | f: 919-878-7592
700 Spring Forest Road, Suite 400, Raleigh, NC 27609
curi.com



MEDICAL MUTUAL IS NOW CURI

Curi's in-house attorneys cannot and do not offer legal advice. Any communication with them does not establish an attorney-client relationship. Please contact your personal or corporate attorney if you are in need of legal advice.

The information in this electronic mail may contain confidential, sensitive and/or privileged and/or information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to a addressing error, is requested to notify this sender immediately by return e-mail, and shall delete it without further reading and retention. The information shall not be forwarded or shared unless in compliance with Curi's policies on confidentiality and/or the written permission of its sender.

**From:** Beth W. Kanik <BKanik@hallboothsmith.com>
**Sent:** Monday, June 24, 2019 9:41 AM
**To:** Shirley Pruitt <shirley.pruitt@curi.com>
**Cc:** Joan Catalano Parker <jparker@apollomd.com>; Melissa Atkins <matkins@apollomd.com>; John Hall Jr. <jeh@hbss.net>; erdawg33@gmail. com <erdawg33@gmail.com>; Claudia T. West <CWest@hallboothsmith.com>; Crystal Mezzullo <crystal.mezzullo@curi.com>
**Subject:** Re: see attached re Buckelew

Yes.
I will do so tomorrow.

Sent from my iPhone

**EXHIBIT**
**I**

On Jun 24, 2019, at 9:37 AM, Shirley Pruitt <shirley.pruitt@curi.com> wrote:

Beth:

I've talked with Crystal about this and, as you and I have previously discussed, even though we are not required to send a formal written response to plaintiff that our answer to the demand for policy limits is "no," we can do so in this case since 1) Ms. Shamp seems to think it is necessary; 2) all of the codefendants have done so; and 3) there is no harm in doing so.

We would like you to send this response. Give me a call at your convenience to discuss.

Shirley


**Shirley Pruitt  BSN, JD**
CLAIMS ATTORNEY

o: 919-878-7589 | f: 919-878-7592
700 Spring Forest Road, Suite 400, Raleigh, NC 27609
curi.com

MEDICAL MUTUAL IS NOW CURI

The information in this electronic mail may contain confidential, sensitive and/or protected health information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify this sender immediately by return e-mail, and shall delete it without further reading and retention. The information shall not be forwarded or shared unless in compliance with Curi policies on confidentiality and/or the written permission of this sender.

**From:** Beth W. Kanik <BKanik@hallboothsmith.com>
**Sent:** Friday, June 21, 2019 5:12 PM
**To:** Shirley Pruitt <shirley.pruitt@curi.com>; Joan Catalano Parker <jparker@apollomd.com>; Melissa Atkins <matkins@apollomd.com>
**Cc:** John Hall Jr. <jeh@hbss.net>; 'erdawg33@gmail. com' <erdawg33@gmail.com>; Claudia T. West <CWest@hallboothsmith.com>
**Subject:** Fwd: see attached re Buckelew



Sent from my iPad

Begin forwarded message:

> **From:** <shamp@ssjwlaw.com>
> **Date:** June 21, 2019 at 4:54:17 PM EDT
> **To:** "Beth W. Kanik" <BKanik@hallboothsmith.com>
> **Subject: see attached re Buckelew**



> Laura M. Shamp
> 1718 Peachtree Street Suite 660
> Atlanta, Georgia 30309
> 404-893-9400
> shamp@sjwtriallaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404.893.9400) or by electronic mail (wshamp@sjwtriallaw.com), and delete this message and all copies and backups thereof. Thank you.