## Claudia T. West

| | |
|---|---|
| **From:** | Beth W. Kanik |
| **Sent:** | Tuesday, June 25, 2019 3:57 PM |
| **To:** | Shirley Pruitt |
| **Cc:** | Joan Catalano Parker (jparker@apollomd.com); Melissa Atkins; John E. Hall; Claudia T. West |
| **Subject:** | Buckelew - Ltr to Pltf rrejecting demand.DOCX |
| **Attachments:** | Buckelew - Ltr to Pltf rrejecting demand.DOCX |

Shirley,

Here is a draft of a letter to be sent to plaintiff rejecting the policy limits demand. Please confirm you are in approval before it is sent.

Thx.
Beth.

**EXHIBIT**

**J**

 HALL BOOTH SMITH, P.C.

**Beth W. Kanik** | 191 Peachtree St. NE, Suite 2900
P: (404) 954-6950 | Atlanta, Georgia 30303-1775
E: BKanik@hallboothsmith.com | W: www.hallboothsmith.com
| P: (404) 954-5000  F: (404) 954-5020

June 25, 2019

**Via E-Mail: shamp@ssjwlaw.com**
**Via E-Mail: jordan@ssjwlaw.com**
**Via E-Mail: silk@ssjwlaw.com**

Laura M. Shamp, Esq.
Jennifer A. Jordan, Esq.
Joshua F. Silk, Esq.
Shamp Jordan Woodward
1718 Peachtree Street, Suite 660
Atlanta, GA 30309

        RE:    Jonathan W. Buckelew and Christin Buckelew v. Michael Axt; Advanced Integrative Medicine, Inc.; Matthew Womack, MD; North Fulton Emergency Physicians, LLC; James Waldschmidt, MD; James Waldschmidt, MD, PC; Peter Futrell, MD; North Fulton Neurology, PC; Sachin Lavania, MD; Christopher Nickum; North Fulton Pulmonary Specialists, LLC; North Fulton Medical Center, Inc., d/b/a North Fulton Regional Hospital; Tenet Healthcare Corporation, and Dr. Robert A. Schlampp, P.C.
               State Court of Fulton County; Civil Action File No. 17EV004146

Dear Counsel:

Your policy limits demand on Dr. Womack and on North Fulton Emergency Physicians, LLC which you conditioned your acceptance on to all other defendants' willingness to agree to your respective demands upon them, is rejected.

It is still our intention to attend the mediation on July 25.

Thank you.

Very truly yours,

*/s/ Beth W. Kanik*

Beth W. Kanik



HALL BOOTH SMITH, I

Laura M. Shamp, Esq., et al.
June 25, 2019
Page 2

BWK/ctw

HALL BOOTH SMITH, 1

Laura M. Shamp, Esq., et al.
June 25, 2019
Page 3

bcc:    Shirley Pruitt, BSN, JD (via e-mail:  shirley.pruitt@curi.com)
        Matthew Womack, M.D. (via e-mail:  bigwally34@yahoo.com & erdawg33@gmail.com)
        Joan Catalano Parker, Esq. (via e-mail:  jparker@apollomd.com)
        Ms. Melissa Atkins (via e-mail:  matkins@apollomd.com)
        John E. Hall, Jr., Esq. (via e-mail:  jhall@hallboothsmith.com)

        Claim No. 5009504-01

67204357-1
4187-0247