## Claudia T. West

| | |
|---|---|
| **From:** | Shirley Pruitt <shirley.pruitt@curi.com> |
| **Sent:** | Tuesday, June 25, 2019 5:16 PM |
| **To:** | Beth W. Kanik |
| **Cc:** | John E. Hall; Claudia T. West; Crystal Mezzullo; Gail Leppla |
| **Subject:** | RE: Buckelew - Ltr to Pltf rrejecting demand.DOCX |

Beth;

Crystal and I have conferred and have come up with this language:

> Our response to your time-limited, conditional acceptance, policy limit demand, is that we plan to attend mediation on July 25, 2019 and will make a good-faith attempt to resolve this matter.

However, we do not yet have signed Consent to settle from Apollo – consent form sent today - so we can't send this language just yet.

Welcome your thoughts on what we came up with. We can tweak the last part if we don't immediately get a signed consent back so we don't make any misrepresentations.

Shirley

Shirley Pruitt  BSN, JD
CLAIMS ATTORNEY

o:  919-878-7589  |  f:  919-878-7592
700 Spring Forest Road, Suite 400, Raleigh, NC 27609
curi.com



MEDICAL MUTUAL IS NOW CURI

The information in this electronic mail may contain confidential, sensitive and/or protected health information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify this sender immediately by return e-mail, and shall delete it without further reading and retention. The information shall not be forwarded or shared unless in compliance with Curi policies on confidentiality, and/or the written permission of this sender

**From:** Beth W. Kanik <BKanik@hallboothsmith.com>
**Sent:** Tuesday, June 25, 2019 3:57 PM
**To:** Shirley Pruitt <shirley.pruitt@curi.com>
**Cc:** Joan Catalano Parker (jparker@apollomd.com) <jparker@apollomd.com>; Melissa Atkins <matkins@apollomd.com>; John Hall Jr. <jeh@hbss.net>; Claudia T. West <CWest@hallboothsmith.com>
**Subject:** Buckelew - Ltr to Pltf rrejecting demand.DOCX

Shirley,

Here is a draft of a letter to be sent to plaintiff rejecting the policy limits demand. Please confirm you are in approval before it is sent.

Thx.
Beth.

EXHIBIT

**K**

## Claudia T. West

| | |
|---|---|
| **From:** | Crystal Mezzullo <crystal.mezzullo@curi.com> |
| **Sent:** | Tuesday, June 25, 2019 5:41 PM |
| **To:** | Beth W. Kanik |
| **Cc:** | Shirley Pruitt; John E. Hall; Claudia T. West; Gail Leppla |
| **Subject:** | Re: Buckelew - Ltr to Pltf rrejecting demand.DOCX |

We may have consent before June 28.  Hold tight.

Sent from my iPhone

Crystal Mezzullo  RN, JD
DIRECTOR, CLAIMS - NATIONAL ACCOUNTS

o: 919-878-7617 | m: 919-270-4392 | f: 919-878-7592
700 Spring Forest Road, Suite 400, Raleigh, NC 27609
curi.com



MEDICAL MUTUAL IS NOW CURI

Curi's in-house attorneys cannot and do not offer legal advice. Any communication with them does not establish an attorney-client relationship.  Please contact your personal or corporate attorney if you require legal advice.

The information in this electronic mail may contain confidential, sensitive and/or protected health information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify this sender immediately by return e-mail, and shall delete it without further reading and retention. The information shall not be forwarded or shared unless in compliance with Curi policies on confidentiality, and/or the written permission of this sender.

On Jun 25, 2019, at 5:30 PM, Beth W. Kanik <BKanik@hallboothsmith.com> wrote:

> I expect that this will lead to another nasty letter from Ms. Shamp because it does not take any position whatsoever (accept or reject).  If you don't have written consent, then my suggestion would be to say that as you do not yet have written consent, then the response to the time limited demand is that it cannot be accepted at this time although the plan is to attend the mediation and make a good faith effort to resolve…

> **From:** Shirley Pruitt <shirley.pruitt@curi.com>
> **Sent:** Tuesday, June 25, 2019 5:16 PM
> **To:** Beth W. Kanik <BKanik@hallboothsmith.com>
> **Cc:** John E. Hall <JHall@hallboothsmith.com>; Claudia T. West <CWest@hallboothsmith.com>; Crystal Mezzullo <crystal.mezzullo@curi.com>; Gail Leppla <gail.leppla@curi.com>
> **Subject:** RE: Buckelew - Ltr to Pltf rrejecting demand.DOCX

> Beth;

> Crystal and I have conferred and have come up with this language:

>> Our response to your time-limited, conditional acceptance, policy limit demand, is that we plan to attend mediation on July 25, 2019 and will make a good-faith attempt to resolve this matter.

> However, we do not yet have signed Consent to settle from Apollo – consent form sent today - so we can't send this language just yet.

1

Welcome your thoughts on what we came up with. We can tweak the last part if we don't immediately get a signed consent back so we don't make any misrepresentations.

Shirley


**Shirley Pruitt  BSN, JD**
CLAIMS ATTORNEY

o: 919-878-7589 | f: 919-878-7592
700 Spring Forest Road, Suite 400, Raleigh, NC 27609
curi.com

MEDICAL MUTUAL IS NOW CURI

The information in this electronic mail may contain confidential, sensitive and/or protected health information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify this sender immediately by return e-mail, and shall delete it without further reading and retention. The information shall not be forwarded or shared unless in compliance with Curi policies on confidentiality, and/or the written permission of this sender.

**From:** Beth W. Kanik <BKanik@hallboothsmith.com>
**Sent:** Tuesday, June 25, 2019 3:57 PM
**To:** Shirley Pruitt <shirley.pruitt@curi.com>
**Cc:** Joan Catalano Parker (jparker@apollomd.com) <jparker@apollomd.com>; Melissa Atkins <matkins@apollomd.com>; John Hall Jr. <jeh@hbss.net>; Claudia T. West <CWest@hallboothsmith.com>
**Subject:** Buckelew - Ltr to Pltf rrejecting demand.DOCX

Shirley,

Here is a draft of a letter to be sent to plaintiff rejecting the policy limits demand. Please confirm you are in approval before it is sent.

Thx.
Beth.