H|B|S  HALL BOOTH SMITH, P.C.
        ATTORNEYS AT LAW

Beth W. Kanik
Phone: (404) 954-6950
BKanik@hallboothsmith.com

191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303-1775

Office: (404) 954-5000
www.hallboothsmith.com

June 28, 2019

**Via E-Mail: shamp@ssjwlaw.com**
**Via E-Mail: jordan@ssjwlaw.com**
**Via E-Mail: silk@ssjwlaw.com**

Laura M. Shamp, Esq.
Jennifer A. Jordan, Esq.
Joshua F. Silk, Esq.
Shamp Jordan Woodward
1718 Peachtree Street, Suite 660
Atlanta, GA 30309

RE:    Jonathan W. Buckelew and Christin Buckelew v. Michael Axt; Advanced
       Integrative Medicine, Inc.; Matthew Womack, MD; North Fulton Emergency
       Physicians, LLC; James Waldschmidt, MD; James Waldschmidt, MD, PC; Peter
       Futrell, MD; North Fulton Neurology, PC; Sachin Lavania, MD; Christopher
       Nickum; North Fulton Pulmonary Specialists, LLC; North Fulton Medical Center,
       Inc., d/b/a North Fulton Regional Hospital; Tenet Healthcare Corporation, and
       Dr. Robert A. Schlampp, P.C.
       State Court of Fulton County; Civil Action File No. 17EV004146

Dear Counsel:

       The response to the time-limited demand is that it cannot be accepted at this time.
However, the plan is to attend the mediation on July 25, 2019 and make a good faith effort to
resolve the matter.

       Thank you.

                                        Very truly yours,

                                        /s/ Beth W. Kanik

                                        Beth W. Kanik

BWK/ctw

EXHIBIT
L

ATLANTA, GA

ALABAMA | FLORIDA | GEORGIA | NEW JERSEY | NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

HALL BOOTH SMITH, P.C.

Via E-Mail:  shamp@ssjwlaw.com
June 28, 2019
Page 2

---

bcc:    Shirley Pruitt, BSN, JD (via e-mail:  shirley.pruitt@curi.com)
        Matthew Womack, M.D. (via e-mail:  bigwally34@yahoo.com & erdawg33@gmail.com)
        Joan Catalano Parker, Esq. (via e-mail:  jparker@apollomd.com)
        Ms. Melissa Atkins (via e-mail:  matkins@apollomd.com)
        John E. Hall, Jr., Esq. (via e-mail:  jhall@hallboothsmith.com)

        Claim No. 5009504-01