**H|B|S**  HALL BOOTH SMITH, P.C.
ATTORNEYS AT LAW

John E. Hall, Jr.
Phone: (404) 954-6927
JHall@hallboothsmith.com

191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303-1775

Office: (404) 954-5000
Fax: (404) 954-5020
www.hallboothsmith.com

December 2, 2021

**Via E-Mail:  bell@belllawfirm.com**

Lloyd N. Bell, Esq.
Bell Law Firm
1201 Peachtree Street, N.E.
Suite 2000
Atlanta, GA 30361

> RE:    Jonathan W. Buckelew and Christin Buckelew v. Michael Axt; Matthew Womack, MD; North Fulton Emergency Physicians, LLC; James Waldschmidt, MD; James Waldschmidt, MD, PC; Peter Futrell, MD; North Fulton Neurology, PC; Christopher Nickum; North Fulton Pulmonary Specialists, LLC; and North Fulton Medical Center, Inc., d/b/a North Fulton Regional Hospital
> State Court of Fulton County; Civil Action File No. 17EV004146

Dear Lloyd:

This confirms our discussion earlier today in which we have tendered $2,000,000 on behalf of North Fulton Emergency Physicians, LLC and Dr. Matthew Womack in full resolution in this matter. .

Of course, in exchange for this tender, we would expect a release that included a hold harmless clause for indemnity and contribution as well as confidentiality and Plaintiff's agreement to satisfy all liens and set-asides.

Thank you.

Very truly yours,

*/s/ John E. Hall, Jr.*

John E. Hall, Jr.

JEH/ctw
cc:    Laura Shamp, Esq. (via e-mail: shamp@sikshamp.com)
Josh Silk, Esq. (via e-mail: silk@shampsilk.com)
Beth W. Kanik, Esq. (via e-mail:  bkanik@hallboothsmith.com)

**EXHIBIT M**

ATLANTA, GA

ALABAMA | ARKANSAS | FLORIDA | GEORGIA | NEW JERSEY | NEW YORK | NORTH CAROLINA
OKLAHOMA | SOUTH CAROLINA | TENNESSEE

DOLDER0057