**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MATTHEW WOMACK, M.D. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO.: 1:25-cv-02250 - SEG |
| | ) | |
| MEDICAL SECURITY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF MATTHEW WOMACK'S**
**DISCLOSURE OF EXPERT TESTIMONY**
**THAT MAY BE PRESENTED AT TRIAL**

The undersigned certifies that on April 6, 2026, pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Court's February 26, 2026 Third Consent Scheduling Order (doc 69), Plaintiff Matthew Womack, M.D. disclosed that he may at trial present opinion testimony from the following:

- Dax E. López, Esq.; and

- Eileen Jenkins, Esq.

The undersigned further certifies that on April 6, 2026, Defendant Medical Security Insurance Company was served with all required reports and disclosures.

[*signature on following page*]

Respectfully submitted April 7, 2026.

*/s/ Richard E. Dolder, Jr.*
James (Jay) Sadd
Georgia Bar No. 622010
Richard E. Dolder, Jr.
Georgia Bar No. 220237
**SLAPPEY & SADD, LLC**
352 Sandy Springs Circle
Atlanta, Georgia 30328
(404) 255-6677 (telephone)
jay@lawyersatlanta.com
rich@lawyersatlanta.com
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Plaintiff Matthew Womack, M.D.'s Disclosure of Expert Testimony That May Be Presented at Trial** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for all parties.

I further certify that the foregoing was prepared in Times New Roman 14pt font and otherwise complies with Local Rule 5.1.


Respectfully submitted April 7, 2026.

> /s/ Richard E. Dolder, Jr.
> Richard E. Dolder, Jr.
> Georgia Bar No. 220237
> **SLAPPEY & SADD, LLC**
> 352 Sandy Springs Circle
> Atlanta, Georgia 30328
> (404) 255-6677 (telephone)
> rich@lawyersatlanta.com
> *Attorney for Plaintiff*